**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 17, 2025
Docket #: 25-2905
Short Title: Barahona v. Paradise Tree Service & Landscape, Corp.

DC Docket #: 2:21-cv-5400
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Trial Judge - Gary R. Brown

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8551.