# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand twenty-six.

_____

Jonatan Barahona, Hector Hernandez,

      Plaintiffs - Appellees,

  v.

Glenn Ingoglia,

      Appellant,

Paradise Tree Service & Landscape, Corp., William Nieto,

      Defendants - Appellants.

_____

**ORDER**

Docket No. 25-2905

On Feburary 19, 2026, Appellees moved to dismiss the appeal. Appellants have not responded to the motion.

IT IS HEREBY ORDERED that Appellants are directed to file a response within ten days of this order. Appellees are directed to file a reply seven days after Appellants file a response. The parties' filings should address *Budinich v. Becton, Dickinson & Co.*, 486 U.S. 196, 200-02 (1988) (adopting "a uniform rule that an unresolved issue of attorneys' fees for the litigation in question does not prevent a judgment on the merits from being final"); *accord Ray Haluch Gravel Co. v. Cent. Pension Fund of Int'l Union of Operating Eng'rs & Participating Emps.*, 571 U.S. 177, 179 (2014); *O & G Indus., Inc. v. Nat'l R.R. Passenger Corp.*, 537 F.3d 153, 168 & n.11 (2d Cir. 2008); *Berkshire Bank v. Tedeschi*, 646 F. App'x 12, 13 (2d Cir. 2016).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

