**EXHIBIT A**

**glenn ingoglia**

---

**From:** ecf_bounces@nyed.uscourts.gov
**Sent:** Tuesday, January 13, 2026 4:40 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:21-cv-05400-GRB-LGD Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. Order on Motion for Extension of Time to File

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*Additional Security Enhancements Coming Soon\*\*\* For information visit PACER website**

https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 1/13/2026 at 4:40 PM EST and filed on 1/13/2026
**Case Name:** Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al.
**Case Number:** 2:21-cv-05400-GRB-LGD
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER denying [106] Motion for Extension of Time to File; denying [107] Motion to Dismiss; denying [105] Pre-motion conference concerning a motion for recusal, with leave to renew DE [105], [106], [107] upon resolution of defendants' appeal**

**Counsel for defendants filed a Notice of Appeal dated November 7, 2025. DE 104. Recently, the Second Circuit held: The filing of a notice of appeal ordinarily divests the district court of jurisdiction over issues decided in the order being appealed. *Doe v. Waltzer*, 2025 WL 733188, at \*2 (2d Cir. Mar. 7, 2025); *see Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) (The filing of a notice of appeal is an event of jurisdictional significanceit confers jurisdiction**

1

on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.).

Upon careful review of the above-referenced applications as well as the letter responses to the undersigned's Order dated 11/20/2025, DE 108 and DE 109, the Court finds that the issues raised in the above referenced motions are the subject of the pending appeal and therefore the Court is divested of jurisdiction over these matters pending resolution of defendants' appeal.

Accordingly, the above referenced motions are denied without prejudice and with leave to renew, if appropriate, upon resolution of defendants' appeal. All deadlines and motion practice in this case are stayed pending resolution of the appeal.

Ordered by Judge Gary R. Brown on 1/13/2026. (LJ)

**2:21-cv-05400-GRB-LGD Notice has been electronically mailed to:**

Glenn J. Ingoglia    glenn@ingoglialaw.com, ciara@ingoglialaw.com, g.ingoglia99@gmail.com

Steven John Moser    steven.moser@moserlawfirm.com, ECFBounces@moserlawfirm.com, stevenmoser@recap.email

**2:21-cv-05400-GRB-LGD Notice will not be electronically mailed to:**

2