**EXHIBIT B**