UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-2095

Caption [use short title]

Motion for: APPELLANT/APPELLANTS-DEFENDANTS

OPPOSITION TO PLAINTIFFS-APPELLEES MOTION TO

DISMISS THE APPEAL

JONATHAN BARAHONA, HECTOR HERNANDEZ

PLAINTIFFS-APPELLEES

V.

GLENN INGOGLIA

APPELLANT

PARADISE TREE SERVICE AND LANDSCAPE CORP., WILLIAM NIETO

APPELLANTS-DEFENDANTS

Set forth below precise, complete statement of relief sought:

DENIAL OF PLAINTIFFS-APPELLEES MOTION IN ALL

RESPECTS ALONG WITH SUCH OTHER RELIEF AS

THIS COURT DEEMS JUST AND PROPER

APPELLANT-APPELLANTS-DEFENDANTS DO NOT

REQUEST ORAL ARGUMENT

MOVING PARTY: BARAHONA AND HERNANDEZ          OPPOSING PARTY: INGOGLIA, NIETO, PARADISE TREE SERVICE

☑ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner          ☑ Appellee/Respondent

MOVING ATTORNEY: STEVEN J MOSER          OPPOSING ATTORNEY: GLENN J INGOGLIA

[name of attorney, with firm, address, phone number and e-mail]

MOSER LAW FIRM PC                                THE LAW OFFICE OF GLENN J INGOGLIA

453 W. MAIN ST., HUNTINGTON, NY 11743          104 LONG BEACH ROAD, ISLAND PARK, NY 11558

steven.moser@moserlawfirm.com  516-671-2776          glenn@ingoglialaw.com  516-298-6279

Court- Judge/ Agency appealed from: EDNY - JUDGE GARY R BROWN

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____
_____
_____
_____
_____

Is the oral argument on motion requested?  ☑ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☑ No  If yes, enter date: ORAL ARG. REQUESTED BY MOVANT ONLY

**Signature of Moving Attorney:**

_____ Date: 03/14/2026          Service : ☑ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)