# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of April, two thousand twenty-six.

---

Jonatan Barahona, Hector Hernandez,

        Plaintiffs - Appellees,

    v.

Glenn Ingoglia,

        Appellant,

Paradise Tree Service & Landscape, Corp.,
William Nieto,

        Defendants - Appellants.

**ORDER**

Docket No. 25-2905

---

Appellants filed a notice of appeal in the above-referenced matter. On December 23, 2025, Appellants filed a corrected Form D, indicating that transcripts have been ordered and received. Second Circuit Local Rule 31.2(a)(1)(A) required Appellants to file a scheduling notification letter within 14 days of that date. Appellants failed to submit a scheduling notification letter. Upon consideration thereof,

IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellants' brief must be filed on or before May 12, 2026. The appeal will be dismissed effective May 12, 2026, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

